IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLINT ABRAHAM WILSON RAGLAND,

            Plaintiff,

v.

DANE COUNTY JAIL, *et al.*,

            Defendants.

ORDER

16-cv-751-wmc

---

The court has been successful in recruiting legal counsel to represent plaintiff Clint Ragland in this matter:

>  Jeff Simmons
>  Foley & Lardner
>  150 East Gilman Street, Suite 5000
>  Madison, WI  53703-1482
>  608-258-4267

While Mr. Simmons will need to enter a formal appearance on behalf of Mr. Ragland, the court is advised his schedule cannot accommodate the November trial date.  Accordingly,

ORDER

IT IS ORDERED that:

1. The current schedule is hereby STRICKEN.

2. On or before **September 13, 2018,** counsel are DIRECTED to meet and confer to set new deadlines after checking with the court as to available trial dates, and to submit a proposed amended trial schedule.

Entered this 13th day of August, 2018.

            BY THE COURT:
            /s/

            _____
            WILLIAM M. CONLEY
            District Judge